1
2
3
4
5          NOTE: CHANGES MADE BY THE COURT
6
7
8          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  SCI LA PAUSA, a French corporation, | Case No.: 11-mc-00504-UA-DUTY |
| 11                    Applicant, | **JUDGMENT** |
| 12           vs. | |
| 13  ARNOLD LEON SCHROEDER, JR., an individual, | |
| 14 | |
| 15                    Respondent. | |

16          The Application for Entry of Judgment Pursuant to The Uniform Foreign

17  Country Money Judgments Recognition Act was considered by this Court.  Based on

18  the Application and for good cause,

19          IT IS HEREBY ORDERED AND ADJUDGED that:

20

21          A Judgment is entered in favor of SCI LA PAUSA and against ARNOLD

22  LEON SCHROEDER, JR.:

23          1.      For the principal sum of $2,535,722.55;

24          2.      For interest thereon from May 10, 2011 through November 18, 2011 in

25  the amount of $133,385.95;

26          3.      For an award of attorneys fees **to the extent permitted** under Article 699

27  of the French Code of Civil Procedure **and the French judgment**; and

28

1

2        4.      For costs of suit herein incurred **as permitted under the French**

3    **judgment**.

4

5

6    DATED: <u>November 28</u>, 2011      _____

7                                        PAUL L. ABRAMS

8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT